IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-3000-NYW

CHRISTIAN LICCIARDI,
an individual,

       Plaintiff,

v.

LUTHERAN HOSPITAL ASSOCIATION OF THE SAN LUIS
VALLEY d/b/a SAN LUIS VALLEY REGIONAL MEDICAL
CENTER, a Colorado Corporation; WILLIAM COPPER, an
individual; RADIOLOGY AND IMAGING CONSULTANTS,
P.C., a Colorado Corporation; JEFFREY FREEMAN, an
individual; STEVEN HAKE, an individual; VALLEY-WIDE
HEALTH SYSTEMS, INC., a Colorado Corporation; and KYLE
PHILLIPS, an individual

       Defendant.

_____

**PLAINTIFF CHRISTIAN LICCIARDI'S NOTICE OF VOLUNTARY DISMISSAL
AGAINST DEFENDANTS VALLEY-WIDE HEALTH SYSTEMS, INC. AND KYLE
PHILLIPS**

_____

       TO: THE HONORABLE R. BROOKE JACKSON, UNITED STATES JUDGE AND

ALL PARTIES OF RECORD:

       NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), plaintiff

Christian Licciardi, by and through his legal representative, Patrice Licciardi, voluntarily dismiss

the above-captioned action *without* prejudice against defendants Valley-Wide Health Systems, Inc.

and Kyle Phillips.

On or about August 28, 2017, the United States filed a notice of substitution for Defendants Valley-Wide Health Systems, Inc. ("Valley-Wide") and Kyle Phillips ("Phillips") (Dkt. No.68). Pursuant to 28 U.S.C. § 2679, the United States asserts that defendants Valley-Wide and Phillips are federal employees, and that any claim asserted against them constitutes a claim "against the United States." 28 U.S.C. § 2679(d)(1).

The developments in this case require Plaintiff to sue the United States through the Federal Torts Claims Act ("FTCA"). 28 U.S.C. § 2679(b)(1) positions the FTCA as the only vehicle to sue the federal government for personal injuries "resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office of employment." 28 U.S.C. § 2679(b)(1). Before an FTCA claim can be made, however, a plaintiff must exhaust their administrative remedies. *See Pipken v. U.S. Postal Service* (1991) 951 F.2d 272, 273; 28 U.S.C. § 2401. Plaintiff filed their claim against the United States and is currently awaiting a response. While that response is pending, Plaintiff currently moves to voluntarily to dismiss Valley-Wide and Phillips, *without prejudice*. In the event the Federal Government denies Plaintiff's claim, Plaintiff will re-file this action against Phillips and Valley-Wide. Accordingly, Defendants Valley-Wide and Phillips may be dismissed *without prejudice*.

DATED this 6th day of September, 2017.

_____

**PLAINTIFF CHRISTIAN LICCIARDI'S NOTICE OF VOLUNTARY DISMISSAL**
**PAGE 2**

Respectfully submitted,

**WELLMAN & WARREN LLP**
Scott W. Wellman (CA SBN 82897)
Chris Wellman (CA SBN: 304700)

*/s/Scott Wellman*
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Tel: (949) 580-3737
Fax: (949) 580-3738
E-mail address:  swellman@w-wlaw.com

LAW OFFICE OF KATHERINE WINDLER
Katherine Windler (CO SBN 25280)
3737 Gill Drive
Denver, CO 80209
Tel: (303) 888-4610
Cell: (310) 699-2025
E-mail address:  kwindler@verizon.net

Attorneys for Plaintiff Christian Licciardi

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of September 2017, I electronically filed and served the foregoing pleading on the clerk of court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

| | |
|---|---|
| Lena K. Moeller<br>Kathleen C. Warner<br>Williams, Porter, Day & Neville, P.C.<br>P.O. Box 10700<br>159 North Wolcott, Suite 400<br>Casper, WY 82602<br>Telephone: (307) 995-8043<br>Facsimile: (307) 265-0700<br>Email: kwarner@wpdn.net<br>Co-Counsel for Lutheran Hospital Association of the San Luis Valley d/b/a San Luis Valley Regional Medical Center and William Cooper, M.D. | kwarner@wpdn.net<br>lmoeller@wpdn.net |
| Bruce A. Montoya<br>Katherine Anne Bailey<br>Messner Reeves LLP<br>1430 Wynkoop Street<br>Suite 300<br>Denver, CO 80202<br>303-623-1800<br>Attorneys for Defendant Jeffrey Freeman, MD | bmontoya@messner.com<br>kbailey@messner.com |
| Andrew C. Efaw<br>Kevin D. Homiak<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, Colorado 80202-5647<br>Telephone: (303) 244-1800<br>Facsimile: (303) 244-1879<br>Attorneys for Lutheran Hospital Association of the San Luis Valley d/b/a San Luis Valley Regional Medical Center and William Cooper, MD | efaw@wtotrial.com<br>homiak@wtotrial.com |
| | |

**PLAINTIFF CHRISTIAN LICCIARDI'S NOTICE OF VOLUNTARY DISMISSAL**
**PAGE 4**

| | |
|---|---|
| Stephen J. Hensen<br>Claudia B. Fix<br>Jessie M. Fischer<br>Nixon Shefrin Hensen Ogburn, P.C.<br>5619 DTC Parkway, Suite 1200<br>Greenwood Village, CO  80111<br>Telephone: (303) 773-3500<br>Facsimile: (303) 779-0740<br>E-mail: shensen@nixonshefrin.com<br>Attorneys for Steve Hake | shensen@nixonshefrin.com<br>CFix@nixonshefrin.com<br>JFischer@nixonshefrin.com |
| ROBERT C. TROYER<br>Acting United States Attorney<br>Assistant United States Attorney<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Telephone: 303-454-0100<br>Attorney for United States,<br>U.S. Department of Justice, and<br>U.S. Department of Health and Human<br>Services | jacob.licht-steenfat@usdoj.gov |
| | |

By:    s/Scott Wellman
        Scott Wellman