IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 16-cv-3000-NYW

PATRICE STEPHENSON-LICCIARDI, as legal representative of
CHRISTIAN LICCIARDI,
an individual,

     Plaintiff,

v.

WILLIAM COOPER, an individual,
JEFFREY FREEMAN, an individual,
STEVEN HAKE, an individual,
UNITED STATES OF AMERICA; CLAUD BAYS,
an individual; and MICHAEL BONNET, an individual,

     Defendants.

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT JEFFREY FREEMAN, M.D.**

---

Defendant Jeffrey Freeman, M.D. ("Defendant Freeman"), by and through his counsel, Messner Reeves LLP, and Plaintiff Patrice Stephenson-Licciardi, on behalf of Christian Licciardi, by and through their counsel, Wellman & Warren, LLP, hereby submit this Stipulated Motion for Dismissal with Prejudice and state as follows:

**CONFERRAL PURSUANT TO D.C.Colo. L. Civ. R.7.1(a)**

Counsel for Defendant has conferred with counsel for each of the other parties in the case, including counsel for Plaintiff, counsel for William Cooper, an individual, Claud Bays, an individual, and Michael Bonnet, an individual; as well as counsel for Steven Hake, an individual and counsel for the United States of America – no party objects to the relief requested in this motion.

**RELIEF REQUESTED**

1. Plaintiff Patrice Stephenson-Licciardi, on behalf of Christian Licciardi, has agreed to dismiss all pending claims which were or could have been asserted in this action against Defendant Freeman, with prejudice, with each party to bear his or her own fees and costs.

2. Wherefore, Plaintiff Patrice Stephenson-Licciardi, on behalf of Christian Licciardi, and Defendant Freeman request the Court dismiss, with prejudice, any and all claims against Defendant Freeman, which were or could have been asserted in this action, with prejudice, with each party to bear his or her own fees and costs.

3. Dr. Freeman also respectfully requests that he and his counsel be excused from attending trial set to begin September 10th in this matter.

Respectfully submitted this 7th day of September, 2018.

| **Wellman & Warren, LLP** | **MESSNER REEVES LLP** |
|---|---|
| *s/Scott Wellman* | *s/ Katherine A. Bailey* |
| Scott W. Wellman | Bruce A. Montoya, Esq. #14233 |
| Chris Wellman | Katherine A. Bailey, Esq. #47073 |
| Wellman & Warren, LLP | 1430 Wynkoop Street, Suite 300 |
| 24411 Ridge Route, Suite 200 | Denver, Colorado 80202 |
| Laguna Hills, CA 92653 | Telephone: 303.623.1800 |
| swellman@w-wlaw.com | Facsimile: 303.623.0552 |
| cwellman@w-wlaw.com | bmontoya@messner.com |
| **Counsel for Plaintiff** | kbailey@messner.com |
| | **Counsel for Jeffrey Freeman** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th of September, 2018, I electronically filed **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANT JEFFREY FREEMAN, M.D.** and served to all parties via CM/ECF as follows:

| | |
|---|---|
| Scott W. Wellman<br>Chris Wellman<br>Wellman & Warren, LLP<br>24411 Ridge Route, Suite 200<br>Laguna Hills, CA 92653<br>swellman@w-wlaw.com<br>cwellman@w-wlaw.com | Katherine Windler<br>Law Office of Katherine Windler<br>3737 Gill Dr.<br>Denver, CO 80209<br>kwindler@verizon.net |
| Kevin Homiak<br>Andrew Efaw<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500, Denver, Colorado 80202<br>homiak@wtotrial.com<br>efaw@wtotrial.com | Lena K. Moeller<br>Kathleen C. Warner<br>Williams Porter Day & Neville, P.C.<br>P.O. Box 10700<br>159 N. Wolcott, #400<br>Casper, WY 82601<br>lmoeller@wpdn.net<br>kwarner@wpdn.net |
| Stephen J. Hensen<br>Jessie M. Fischer<br>Nixon Shefrin Hensen Ogburn<br>5619 DTC Parkway, Suite 1200<br>Greenwood Village, CO 80111<br>shensen@nixonshefrin.com<br>JFischer@nixonshefrin.com | Jacob Licht-Steenfat<br>W. Dean Carter<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Colorado<br>1801 California Street, Ste. 1600<br>Denver, CO 80202<br>Jacob.licht-steenfat@usdoj.gov<br>William.carter@usdoj.gov |

*/s/ Nixie K. Gasser*
Nixie K. Gasser