IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 16-cv-03000-RBJ | Date:  September 18, 2018 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| PATRICE STEPHENSON-LICCIARDI | *Scott W. Wellman* |
| | *Chris A. Wellman* |
| | *Katherine M. Windler* |
| **Plaintiff** | |
| v. | |
| WILLIAM COOPER | *Andrew C. Efaw* |
| CLAUD BAYS | *Kevin D. Homiak* |
| MICHAEL BONNET | *Ellen E. Herzog* |
| STEVEN HAKE | *Stephen J. Hensen* |
| USA | *W. Dean Carter* |
| | *Jacob Licht* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY SEVEN**

Court in Session:  9:02 a.m.

Jury escorted in.

Plaintiff, Patrice Licciardi, recalled and remains under oath.

| | |
|---|---|
| 9:07 a.m. | Continued cross examination of Ms. Licciardi by Ms. Herzog.<br>**Exhibits A6 (pages 2-11), W4, 7 (page 56), 19 (pages 6, 7, 8, 9), 48 (pages 49, 50, 54, 55) and 61 are admitted.** |
| 10:36 a.m. | Court in recess- jury escorted out. |
| 10:48 a.m. | Court in session – jury escorted in. |

| | |
|---|---|
| 10:49 a.m. | Cross examination of Ms. Licciardi by Mr. Hensen.<br>**Exhibits 41 (pages 65, 66), 45 (page 13), H5 and Y4 (pages 22, 35, 37, 38) are admitted.** |
| **12:08 p.m.** | **Court in recess – jury escorted out.** |
| **1:06 p.m.** | **Court in session – jury escorted in.** |
| 1:08 p.m. | Redirect examination of Ms. Licciardi by Ms. Windler.<br>**Exhibits 6 (pages 5, 7), 37 (pages 1, 2,3, 4, 7, 19), 41 (pages 34, 60), 45 (page 10) are admitted.** |

Juror questions reviewed at the bench.

| | |
|---|---|
| 1:30 p.m. | Juror questions asked of Ms. Licciardi by the Court. |
| 1:31 p.m. | Additional examination of Ms. Licciardi by Mr. Hensen. |

Plaintiff's witness, Luciann Rosen, N.P., called and sworn.

| | |
|---|---|
| 1:33 p.m. | Direct examination of Ms. Rosen by Scott Wellman. |
| 1:52 p.m. | Cross examination of Ms. Rosen by Mr. Licht.<br>**Exhibits N2 and Y5 are admitted.** |
| **2:47 p.m.** | **Court in recess – jury escorted out.** |
| **3:03 p.m.** | **Court in session – jury escorted in.** |
| 3:04 p.m. | Continued cross examination of Ms. Rosen by Mr. Licht.<br>**Exhibit V3 (page 51) is admitted.** |
| 3:11 p.m. | Cross examination of Ms. Rosen by Mr. Hensen. |
| 3:12 p.m. | Redirect examination of Ms. Rosen by Scott Wellman. |
| 3:17 p.m. | Recross examination of Ms. Rosen by Mr. Licht. |

Plaintiff's witness, E. Brook Feerick R.N., called and sworn.

| | |
|---|---|
| 3:19 p.m. | Direct examination of Ms. Feerick by Scott Wellman. |

Jury excused, to return tomorrow morning at 9:00 a.m.

Discussion held on witnesses to be called tomorrow.

Court in Recess: 4:04 p.m.     Trial continued.     Total time in Court:  05:35