IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   16-cv-03000-RBJ | Date:  September 24, 2018 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| PATRICE STEPHENSON-LICCIARDI  **Plaintiff** | *Scott W. Wellman*  *Chris A. Wellman*  *Katherine M. Windler* |
| v. | |
| WILLIAM COOPER  CLAUD BAYS  MICHAEL BONNET  STEVEN HAKE  USA  **Defendants** | *Andrew C. Efaw*  *Kevin D. Homiak*  *Ellen E. Herzog*  *Stephen J. Hensen*  *W. Dean Carter*  *Jacob Licht* |

**COURTROOM MINUTES**

**JURY TRIAL DAY TEN**

Court in Session:  9:01 a.m.

Jury escorted not present.

Discussion held on witness Dr. John Greenlee.

Jury present.

Defense witness, Dr. Joshua Visitacion, called and sworn.

9:04 a.m.         Direct examination of Dr. Visitacion by Mr. Efaw.
                  **Exhibit P6 is admitted.**

| | |
|---|---|
| 9:33 a.m. | Examination of Dr. Visitacion by Mr. Hensen. |
| 9:40 a.m. | Cross examination of Dr. Visitacion by Scott Wellman. |
| 9:49 a.m. | Redirect examination of Dr. Visitacion by Mr. Efaw. |

Defense witness, Dr. Jeffrey Rothschild, called and sworn.

| | |
|---|---|
| 9:51 a.m. | Direct examination of Dr. Rothschild by Mr. Efaw.<br>**Exhibit N3 is admitted.** |
| 10:02 a.m. | Cross examination of Dr. Rothschild by Scott Wellman. |
| 10:18 a.m. | Redirect examination of Dr. Rothschild by Mr. Efaw. |
| 10:28 a.m. | Recross examination of Dr. Rothschild by Scott Wellman. |
| **10:31 a.m.** | **Court in recess – jury escorted out.** |
| **10:41 a.m.** | **Court in session – jury escorted in.** |

Defendant, Dr. Claud Bays, called and sworn.

| | |
|---|---|
| 10:43 a.m. | Direct examination of Dr. Bays by Mr. Homiak. |
| 11:40 a.m. | Examination of Dr. Bays by Mr. Hensen. |
| 11:47 a.m. | Cross examination of Dr. Bays by Scott Wellman. |
| **11:56 a.m.** | **Court in recess – jury escorted out.** |
| **1:06 p.m.** | **Court in session – jury escorted in.** |
| 1:08 p.m. | Continued cross examination of Dr. Bays by Scott Wellman.<br>**Exhibit 2 is admitted.** |
| 1:38 p.m. | Redirect examination of Dr. Bays by Mr. Homiak. |
| 1:44 p.m. | Recross examination of Dr. Bays by Scott Wellman. |

Defendant, Michael Bonnet, P.A., called and sworn.

| | |
|---|---|
| 1:46 p.m. | Direct examination of Mr. Bonnet by Ms. Herzog. |
| 2:07 p.m. | Examination of Mr. Bonnet by Mr. Hensen. |

2:09 p.m.   Cross examination of Mr. Bonnet by Scott Wellman.

2:27 p.m.   Redirect examination of Mr. Bonnet by Ms. Herzog.

Defendant, Dr. Steven Hake, called and sworn.

2:28 p.m.   Direct examination of Dr. Hake by Mr. Hensen.
            **Exhibits F3 and J4 are admitted.**

**2:57 p.m.   Court in recess – jury escorted out.**
**3:10 p.m.   Court in session – jury escorted in.**

3:11 p.m.   Continued direct examination of Dr. Hake by Mr. Hensen.

3:19 p.m.   Cross examination of Dr. Hake by Scott Wellman.

Jury excused, to return tomorrow morning at 9:00 a.m.

Discussion held on witnesses to be called tomorrow and jury instructions.

Court in Recess: 4:03 p.m.          Trial continued.          Total time in Court:  05:29