# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-03000-RBJ
[*consolidated with 17-cv-02464*]

PATRICE STEPHENSON-LICCIARDI,
as legal representative of CHRISTIAN LICCIARDI,
an individual,

    Plaintiff,

v.

LUTHERAN HOSPITAL ASSOCIATION OF THE SAN LUIS VALLEY d/b/a SAN LUIS VALLEY REGIONAL MEDICAL CENTER, a Colorado Corporation,
WILLIAM COOPER, an individual,
JEFFREY FREEMAN, an individual,
STEVEN HAKE, an individual,
CLAUD BAYS, an individual,
MICHAEL BONNET, an individual, and
The UNITED STATES OF AMERICA,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, by and through undersigned counsel, and Defendant United States of America, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own fees and costs.

1

Dated September 25, 2018.

s/ _____
Scott W. Wellman
Wellman & Warren LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
949.580.3737
*Attorneys for Plaintiff Christian Licciardi*

s/ _____
Jacob Licht-Steenfat
Assistant United States Attorney
W. Dean Carter
Special Assistant United States Attorney
1801 California St., Denver, CO 80202
303-454-0100
*Attorneys for Defendant United States*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

Attorneys for Plaintiff:

| | |
|---|---|
| Chris Andrew Wellman | *cwellman@w-wlaw.com* |
| Scott W. Wellman | *swellman@w-wlaw.com* |
| Wellman & Warren LLP | |
| 24411 Ridge Route, Suite 200 | |
| Laguna Hills, CA 92653 | |
| Telephone: 949.580.3737 | |
| *Attorneys for Plaintiff Christian Licciardi* | |

| | |
|---|---|
| Katherine Mary Windler | *kwindler@verizon.net* |
| Katherine Windler, Law Office | |
| 3737 Gill Drive | |
| Denver, CO 80209 | |
| Telephone: 310.699.2025 | |
| *Attorney for Plaintiff Christian Licciardi* | |

Attorneys for Co-Defendants:

| | |
|---|---|
| Stephen J. Hensen | *jfischer@nixonshefrin.com* |
| Jessie M. Fischer | *shensen@nixonshefrin* |
| Nixon Shefrin Hensen Ogburn, P.C. | |
| 5619 DTC Parkway, Suite 1200 | |
| Greenwood Village, CO 80111 | |
| Telephone: 303.773.3500 | |
| *Attorneys for Defendant Steven Hake, M.D* | |
| Andrew C. Efaw | *efaw@wtotrial.com* |
| Kevin D. Homiak | *homiak@wtotrial.com* |
| Ellen Elizabeth Shea Herzog | *herzog@wtotrial.com* |
| Wheeler Trigg O'Donnell LLP | |
| 370 Seventeenth Street, Suite 4500 | |
| Denver, CO 80202-5647 | |

*Attorneys for Defendant Lutheran Hospital*
*Association of the San Luis Valley Corporation*
*d/b/a San Luis Valley Regional Medical Center,*
*William Cooper, M.D., Claud Bays, M.D., and Michael Bonnet, P.A.*

| | |
|---|---|
| Lena Moeller | *lmoeller@wpdn.net* |
| Kathleen Chambers Warner | *kwarner@wpdn.net* |
| Williams Porter Day & Neville, P.C. | |
| 159 North Wolcott, Suite 400 | |
| Casper, WY 82601 | |
| Telephone: 307.265.0700 | |

*Attorney for Defendant Lutheran Hospital*
*Association of the San Luis Valley d/b/a San Luis*
*Valley Regional Medical Center*


                                                       s/ *W. Dean Carter*
                                                      W. Dean Carter