IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

PATRICE STEPHENSON-LICCIARDI, as
legal representative of CHRISTIAN
LICCIARDI, an individual,

    Plaintiff,

v.

WILLIAM COOPER, an individual;
STEVEN HAKE, an individual;
CLAUD BAYS, an individual; and
MICHAEL BONNET, an individual,

    Defendants.

Civil Action No. 1:16-cv-03000-RBJ

## VERDICT FORM

1. Did Plaintiff prove by preponderance of evidence that any one or more of the Defendants was negligent as defined by the three elements listed in Instruction number 15?

   Claud Bays, M.D.
   
   _____   ___✓___
   
   YES       NO

   Michael Bonnet, P.A.
   
   _____   ___✓___
   
   YES       NO

   William Cooper, M.D.
   
   _____   ___✓___
   
   YES       NO

   Steven Hake, M.D.
   
   _____   ___✓___
   
   YES       NO

   If you answered "NO" as to all Defendants, STOP, answer no further questions, and each juror shall sign the verdict. If you answered "YES" as to any Defendant, continue to Question number 2.

2. Did defendants prove by preponderance of evidence their affirmative defense of the negligence of the Non-Party Kyle Phillips, also as defined by the three elements listed in Instruction number 15?

    _____    _____

     YES            NO

3. If you have answered "YES" to more than one Defendant and/or Non-Party in Questions 1 and 2 above, then please indicate the percentage of negligence you find to be appropriate as to each individual, indicating zero percent (0%) to any individual you have not found to be negligent.

| | |
|---|---|
| Claud Bays, M.D. | _____ % |
| Michael Bonnet, P.A. | _____ % |
| William Cooper, M.D. | _____ % |
| Steven Hake, M.D. | _____ % |
| Kyle Phillips, N.P. | _____ % |

4. What damages did the Plaintiff prove to a preponderance of the evidence?

Economic losses as defined in paragraph 2 of Instruction Number 19:

    a. past medical and health care expenses    $_____

    b. past lost earnings/lost earning capacity    $_____

    c. future lost earnings/lost earning capacity from the date of verdict until:

    _____    $_____
    (insert future date)

d. future medical and health care expenses from the date of verdict until:

_____  $_____
(insert future date)

Past Non-economic losses as defined in paragraph 1 of Instruction Number 19:    $_____

Future Non-economic losses from the date of the verdict until:

_____  $_____
(insert future date)

3

Date: 9-27-2018

JUROR NAMES REDACTED